# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145027

DAVID SCHIED,
       Plaintiff-Appellant,

v

STATE COURT ADMINISTRATOR,
DEPARTMENT OF CIVIL RIGHTS,
SUPERINTENDENT OF PUBLIC INSTRUCTION,
STATE BOARD OF EDUCATION, DEPARTMENT
OF LABOR AND ECONOMIC GROWTH, STATE
ADMINISTRATIVE BOARD, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and DOES 1-20,
       Defendants-Appellees.

SC: 145027
COA: 306801
Court of Claims: 11-000050-MZ

_____/

On order of the Court, the application for leave to appeal the March 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

d0716